# United States Court of Appeals
## For the First Circuit

---

No. 24-1209

UNITED STATES OF AMERICA,

Appellee,

v.

ARIEL LEGASSA,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on July 30, 2025, is amended as follows:

On page 13, line 3, insert the date "(1997)" at the end of the citation "519 U.S. 172, 180".